1

2

3

4

5

6

7

8          UNITED STATES DISTRICT COURT

9          CENTRAL DISTRICT OF CALIFORNIA

10

11  In the Matter Of The Complaint Of      )   IN ADMIRALTY
                                           )
12          EPIC CRUISES, INC., dba        )   Case No.:  2:21-cv-08134 SB (KSx)
            CELEBRATION CRUISES OF         )
13          SANTA BARBARA, as              )   ORDER OF DISMISSAL WITH
            Owners Of the 65-foot, 1988    )   PREJUDICE
14          M/V "AZURE SEAS"               )
                                           )
15  For Exoneration From or Limitation of  )
    Liability.                             )
16  _____)

17                              **ORDER**

18          Pursuant to the joint stipulation of the parties, IT IS HEREBY ORDERED

19  that the above-captioned action be dismissed in its entirety with prejudice, with

20  each of the parties to bear their own attorney's fees and costs.

21          IT IS SO ORDERED.

22

23  Dated: <u>May 5, 2022</u>          _____

24                                      Hon. Stanley Blumenfeld, Jr.
                                        United States District Judge
25

26

27

28

                                    1
    _____
                        ORDER OF DISMISSAL